# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

JERRY W. RODGERS

V.                              NO. 3:05CV00149 SWW

OVERNITE TRANSPORTATION
COMPANY, ET AL

## ORDER

Upon communication from plaintiff's counsel that the parties have agreed to go to an independent arbitrator in this matter,

IT IS THEREFORE ORDERED that the referral to Magistrate Judge J. Thomas Ray for a settlement conference in the above-styled case hereby is terminated.

DATED this 2nd day of May, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE