*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

JERRY W. RODGERS

vs.                                          NO. 3:05CV00149 SWW

OVERNITE TRANSPORTATION COMPANY, ET AL

## ORDER OF DISMISSAL

Pursuant to communication from the parties in this action that this matter has been settled,

IT IS THEREFORE ORDERED that all claims in this action hereby are dismissed with prejudice.

DATED this 2nd day of June, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE